1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

11  TONY PENWELL,

12              Plaintiff,

         v.

13  CHERYL STRANGE, et al.,

14              Defendants.

15

CASE NO. 3:21-cv-5722 RJB-JRC

ORDER ON REPORT AND
RECOMMENDATION

16      This matter comes before the Court on the Report and Recommendation of U.S.

17  Magistrate Judge J. Richard Creatura.  Dkt. 13.  The Court has considered the Report and

18  Recommendation, Plaintiff's Objections to the Magistrate's Report and Recommendation, the

19  Defendants' response to the objections, the Plaintiff's reply and the remaining file.

20      The Plaintiff filed this case on September 28, 2021 asserting that his Eighth Amendment

21  right to be free from cruel and unusual punishment is being violated by Defendants' decision to

22  force the Plaintiff to be double-celled with another prisoner.  Dkt. 1 and 7.  He also makes claims

23  under the Fourteenth Amendment.  Dkt. 7.  This case is related to two other cases filed by two

24

ORDER ON REPORT AND RECOMMENDATION - 1

other inmates:  *Ejonga-Deogracias v. Strange,* 2:21-cv-01004 RJB-JRC and *Schubert v. Strange,* 2:21-cv-01070 RJB-JRC.

The Plaintiff's application to proceed *in forma pauperis* ("IFP") in this case was granted. Dkt. 6.  The Plaintiff filed a Motion for Temporary Restraining Order and Preliminary Injunction on October 25, 2021.  Dkt. 10.   The Plaintiff requested that the Court order the Defendants to cease double-bunking at the facility and cease transporting prisoners to other facilities.  *Id.*

On October 27, 2021, a Report and Recommendation was issued, recommending that the Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction be denied.  Dkt. 13.  It recommends this Court find that the requested relief is too broad, the portion of relief related to transferring prisoners is not related to the claims in the complaint, and that the Plaintiff has failed to show a likelihood of success on the merits.  *Id.*

The Report and Recommendation (Dkt. 13) should be adopted and the Plaintiff's motion (Dkt. 10) denied.  The case should be re-referred to Magistrate Judge Creatura for further proceedings.  The Plaintiff's objections do not provide a basis to reject the Report and Recommendation.  In his objections, the Plaintiff states that in his motion for preliminary injunction, he only wants to have the Court order that the Defendants stop their plan.  Dkt. 20. The Plaintiff fails to acknowledge that even this relief is too broad, and to some degree, unrelated to the claims in his complaint.  The Plaintiff states that he now seeks to force the Defendants to implement safe living conditions such as "social distancing, sanitation, . . . sanitizer, . . . testing . . . and personal protective equipment."  Dkt. 20.  The Plaintiff's newly articulated relief is different from that addressed in the Report and Recommendation; it does not alter the analysis that adoption of the Report and Recommendation is appropriate.  The Plaintiff also refers to a consent decree that has been vacated.  Dkt. 20.  His contention, that the consent decree proves

1    deliberate indifference, is unpersuasive.  In any event it does not demonstrate that adoption of the

2    Report and Recommendation is improper.  The Plaintiff's discussion of the difficulty in using the

3    toilet and COVID-19 testing not taking place also does not change the analysis.

4         The Plaintiff contends that his case is different from the other two cases filed because he

5    is older and has underlying health conditions, making him more vulnerable to COVID-19.  Dkt.

6    20.  He argues that the Magistrate Judge should have asked the Defendants to respond to his

7    Motion for Temporary Restraining Order and Preliminary Injunction before recommending that

8    the motion be denied based on the Defendants' responses in the other two cases.  *Id.*  The

9    Plaintiff fails to show that this is a basis to reject the Report and Recommendation.  He does not

10   address the core reasons why the Report and Recommendation recommends that his motion be

11   denied:  his requested relief is too broad, the portion of relief related to transferring prisoners is

12   not related to the claims in the complaint, and that the Plaintiff has failed to show a likelihood of

13   success on the merits.  *Id.*

14        The Plaintiff adds additional allegations, for example about the time it takes to get

15   laundry back, which are not in the complaint and do not provide a basis to reject the Report and

16   Recommendation.  It should be adopted.

17        It is **ORDERED** that:

18        (1) The Report and Recommendation (Dkt. 13) **IS ADOPTED**;

19        (2) The Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction

20            (Dkt. 10) **IS DENIED**; and

21        (3)  This case **IS RE-REFERRED** to U.S. Judge J. Richard Creatura for further

22            proceedings.

23

24

ORDER ON REPORT AND RECOMMENDATION - 3

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 3rd day of January, 2022.

ROBERT J. BRYAN
United States District Judge