UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONY PENWELL,

              Plaintiff,

   v.

CHERYL STRANGE, *et al.*,

              Defendants.

CASE NO. 3:21-cv-05722-RJB-JRC

ORDER DENYING STAY

This matter is before the Court on referral from the district court and on plaintiff's motion to stay the proceedings indefinitely. *See* Dkt. 50.

The Court "may order a stay of the action pursuant to its power to control its docket and calendar and to provide for a just determination of the cases pending before it." *Leyva v. Certified Grocers of California, Ltd.*, 593 F.2d 857, 864 (9th Cir. 1979). However, there is no right to a stay and the party requesting a stay bears the burden of showing the circumstances justify a stay. *Nken v. Holder*, 556 U.S. 418, 433–34 (2009). Indefinite stays are disfavored. *See Dependable Highway Exp., Inc. v. Navigators Ins. Co.*, 498 F.3d 1059, 1066 (9th Cir. 2007).

1  Here, plaintiff has not provided sufficient justification for an indefinite stay. Plaintiff appears to allege that he is unable to litigate this action because he was transferred to another facility and has not received many of his personal items, such as books, notes, highlighters, and other similar items he claims he needs. *See* Dkt. 50 at 1–4. However, since plaintiff signed his motion to stay on July 5, 2022 (Dkt. 50), he filed a motion for preliminary injunction on July 15, 2022 (Dkt. 53) and filed a response to defendants' objections (Dkt. 56) as well as a motion for leave to file an amended complaint on July 29, 2022 (Dkt. 57). Thus, plaintiff appears to be able to continue litigating this action despite his claims to the contrary.

Accordingly, plaintiff's motion is denied. Dkt. 50.

Dated this 18th day of August, 2022.

J. Richard Creatura
Chief United States Magistrate Judge